PAPERS IN FILE

[None]

## IN THE MATTER OF GEORGE McDOUGALL, JR.

### 1806

JOURNAL ENTRIES

1. Argument heard . . . . . . . . Journal, infra, *p. 32
2. Refusal to pronounce judgment . . . . . . . " 32

PAPERS IN FILE

[None]

## UNITED STATES
### v.
## JOSETTE ALLARD, A PANIS WOMAN

### 1806

JOURNAL ENTRIES

1. Indictment presented . . . . . . . . Journal, infra, *p. 33
2. Arraignment; plea; sentence . . . . . . . . " 33
3. Costs remitted . . . . . . . . . . . . " 34

PAPERS IN FILE

1. Indictment . . . . . . . . . . . . . .